AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>V.<br>**Carlos Garza-Garcia**<br><br>IAE    YOB:  1973<br>**Mexico**<br>(Name and Address of Defendant) | United States Courts Southern<br>District of Texas<br>FILED<br>*October 10, 2021*<br>Nathan Ochsner, Clerk of Court | **CRIMINAL COMPLAINT**<br><br>Case Number:    M-21-2150-M |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October 8, 2021__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*
being an alien to the United States, did knowingly and unlawfully enter the United States from Mexico, at a point near Hidalgo County which said time and place was other than as designated by immigration officials of the United States for the entrance of immigrants into the United States after having a previous conviction pursuant to Title 8 USC 1325(a)

in violation of Title __8__ United States Code, Section(s) __1325__ (Felony)

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

On October 8, 2021, Carlos Garza-Garcia was encountered by Border Patrol Agents after making an illegal entry into the United States near Hidalgo, Texas. Agents determined Garza-Garcia to be a citizen and natioinal of Mexico without any valid immigration documents to enter or remain in the United States legally. Record checks revealed Garza-Garcia has one prior conviction for 8 USC 1325 Illegal Entry on December 29, 2004 and sentenced to Time Served. Garza-Garcia stated he had entered the United States illegally by crossing the Rio Grande River on or about October 8, 2021 near Hidalgo, Texas. Garza-Garcia entered the United States at a time and place not designated by immigration official for the entrance of immigrants into the country.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Complaint authorized by AUSA Angel Castro
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

October 10, 2021    12:15 PM

/S/   Jose Delgado
Signature of Complainant

Jose Delgado            Border Patrol Agent

**Nadia S. Medrano**, **U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer